**No. 56436.**—Chilewich Sons & Co. and Emil Buschhoff & Co., Inc. *v.* United States, protests 173498–K and 177901–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of certain snakeskins similar in all material respects to those the subject of *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 56437.**—Wong Sang Man *v.* United States, protest 146936–K (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the articles the subject of Abstracts 50357, 53093, and 55389, the claim for free entry under paragraph 1738 was sustained.

**No. 56438.**—L. G. Kingsley *v.* United States, protest 177547–K (New York).

Opinion by MOLLISON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, FEBRUARY 28, 1952

**No. 56439.**—Miles Metal Corporation *v.* United States, protest 146925–K (Philadelphia).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of scrap brass rods which were to be used in remanufacture by melting, that they have been used in remanufacture by melting, and that affidavits, which were attached to the stipulation, had been filed in accordance with the regulations prescribed by the Secretary of the Treasury pursuant to Public Law 869, *supra.* Upon the agreed facts and the affidavits attached to the stipulation, it was held that the scrap brass rods come within the provisions of Public Law 869, *supra*, and are properly entitled to free entry.

**No. 56440.**—Great Western Mercantile Co. et al. *v.* United States, protests 478567–G, etc. (Los Angeles).

Opinion by FORD, J. The protests were dismissed.

**No. 56441.**—New England Panama Hat Co. *v.* United States, protests 8020–K, etc. (Baltimore).

Opinion by FORD, J. The protests were dismissed.